IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE E. BEJARAN, JR.,

      Plaintiff,                    No. CIV S-08-0817-GEB-GGH P

  vs.

CDCR, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 28, 2008, plaintiff filed his fourth motion for the appointment of counsel. Plaintiff's previous motions were filed on April 14, 2008, May 23, 2008, and May 30, 2008. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 28, 2008 motion (Docket #18) is denied.

DATED: 08/04/08

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:cm
beja0817.31thr