IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE E. BEJARAN, #F-81663, | ) | CIV. NO. 2:08-000817 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN K. LUETH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

On July 9, 2010, Plaintiff Jesse Bejaran filed the instant Motion for Appointment of Counsel. (Doc. # 61.)

Upon review of the record, it appears that this is Plaintiff's ninth request for appointment of counsel. In the Court's most recent order on this matter, dated April 12, 2010, the Court found that Plaintiff largely reiterated the same arguments and did not present exceptional circumstances requiring the appointment of counsel. (Doc. # 52.)

Plaintiff's current motion is nearly identical to the motion already ruled upon and denied by this Court. Because Plaintiff's request does not add any new meaningful information and fails to demonstrate exceptional circumstances that warrant appointment of counsel, Plaintiff's ninth request is **DENIED** for the

reasons set forth in this Court's prior orders.  See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989); Doc. # 6 at 12.

  IT IS SO ORDERED.

  DATED: Honolulu, Hawaii, July 16, 2010.

_____
David Alan Ezra
United States District Judge

Bejaran v. Lueth, et al., No. CIV. 2:08-00817 DAE; ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL